HARRY KLEIN, Appellant, v. STATE OF NEW YORK, Respondent. (Claims Nos. 29935 and 29449.) Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

LOUIS LAZARUS, Appellant, v. ROBERT P. DAVIS, Respondent.— Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CALVIN F. LUOMALA against J. VERNEL JACKSON, as Warden of Clinton Prison. In the Matter of CALVIN F. LUOMALA, Petitioner, against NEW YORK STATE DEPARTMENT OF CORRECTION, Respondent. THE PEOPLE OF THE STATE OF NEW YORK ex rel. CALVIN F. LUOMALA against J. VERNEL JACKSON, as Warden of Clinton Prison.— Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

ARTHUR NEWELL, Appellant, v. STANLEY KALEC et al., Respondents.— Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

In the Matter of the Claim of ELEANOR O'ROURKE, Appellant, against STATE INSURANCE FUND, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

In the Matter of the Claim of MARION PIZQUEZ, Respondent, against ULSTER VEGETABLE GROWERS CO-OPERATIVE, INC., et al., Appellants, and MICHAEL J. MAHONEY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

KENNETH REDMOND, Appellant, v. FIRST NATIONAL BANK OF CANTON, NEW YORK, Respondent.— Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

In the Matter of the Claim of ANTONIO RODRIQUEZ, Respondent, against ULSTER VEGETABLE GROWERS CO-OPERATIVE, INC., et al., Appellants, and MICHAEL J. MAHONEY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

JOHN M. SAJEWICZ et al., Appellants, v. BERT BODKEY, Respondent.— Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.